Receipt #058164

ORIGINAL

ECF

FILED
JUL 10 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PRO-MECH USA, INC .
122 Railroad Drive
Ivyland, PA 18974

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 03-1673C

**COMPLAINT**

Plaintiff Pro-Mech USA, Inc. complains as follows regarding defendant The United States of America:

**Jurisdiction**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1491 and 41 U.S.C. § 609.

**Parties**

2. Plaintiff Pro-Mech USA, Inc. ("Pro-Mech") is a Texas corporation with its principal place of business in Denton, TX.

3. Defendant The United States of America is sued here as a result of actions performed on its behalf by its agency, the Department Veteran

Affairs ("VA"), and the agency's unit, VA Boston Healthcare System ("VAMC"), together with his officers, agents, employees, and representatives, including but not limited to Norbert J. Cebula, a Contracting Officer for VAMC.

**Facts**

4. On or about July 26, 2002, VAMC entered with Pro-Mech into Contract No. V523P-7085 ("Contract") for mechanical maintenance of hospital facility at the rate of $40,740 per month.

5. Pro-Mech performed as required by the parties' Contract and is entitled to payment of $40,740 per month thereunder, but VAMC has failed to pay this or any other amount for the period beginning November 15, 2002 and ending April 1, 2003.

6. Pro-Mech submitted invoices for payment covering the aforesaid months.

7. VAMC did not remit payment for any of the invoices.

8. In mid-February, 2003, VAMC wrote to Pro-Mech and, for the first time, expressed dissatisfaction with Pro-Mech's work. VAMC's complaints were without merit.

9. On March 3, 2003, Pro-Mech responded to VAMC's

correspondence explaining that the complaints about Pro-Mech's work were without merit. VAMC did not respond to the March 3 correspondence in a timely manner.

10. On March 21, 2003, Pro-Mech submitted its claim for a total of $162,960 covering the period November 15, 2003 to March 15, 2003, and a request for a final decision. Since then, the amount owed has grown by $22,221.72 for 12 business days from March 15, 2003 to April 1, 2003 at which time VAMC's default caused Pro-Mech to stop providing services.

11. To date, VAMC has failed and refused to decide the claim or issue a final decision, or pay any amounts due. Consequently, the claim is deemed denied.

**Count I**

12. Pro-Mech incorporates paragraphs 1-11 above.

13. VAMC refused to comply with its obligation to pay Pro-Mech for work performed under the Contract.

14. VAMC is delinquent in monies owed to Pro-Mech under the parties' Contract.

WHEREFORE, plaintiff Pro-Mech respectfully prays that this Court award it:

1. $ 162,960 plus interest plus an additional $22,221.72 for the 12 days from March 15 to April 1, 2003.

2. The costs of this action, including reasonable attorneys fees; and

3. Such other and further relief, including attorney fees, as the Court may deem just and proper.

Respectfully submitted,

Edward J. Tolchin
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA 22030
703-385-9500
703-385-9893 (facsimile)
Counsel for Plaintiff