ORIGINAL

RECEIVED & FILED
JUL 1 0 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Pro-Mech USA, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Edward J. Tolchin

Firm Name: Fettmann, Tolchin & Majors, PC

Post Office Box: 03-1673C

Street Address: 10509 Judicial Dr., Suite 300

City-State-Zip: Fairfax, VA 22030

Telephone & Facsimile Numbers: 703-385-9500/703-385-9893 (Fax)

E-mail address: e-tolchin@ftm-pc.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: [1] [0] [6]

**Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: [V] [A] [ ]

**See attached Sheet for three digit code.**

Amount Claimed: $ 185,181.72

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003