IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRO-MECH USA, INC., Plaintiff, | ) | No. 03-1673 C |
| v. | ) | (Senior Judge Wiese) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of KENNETH D. WOODROW, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KENNETH D. WOODROW
Attorney
Commercial Litigation Branch
Civil Division
Attention: Classification Unit
1100 L Street, NW, 8th Floor
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-1011
Fax: (202) 307-0972

Dated: July 29, 2003

/s Kenneth D. Woodrow

KENNETH D. WOODROW
Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "NOTICE OF APPEARANCE" addressed as follows:

Edward J. Tolchin
Fettmann, Tolchin, & Majors, P.C.
10509 Judicial Drive
Suite 300
Fairfax, VA 22030

______________________________