# In the United States Court of Federal Claims

No. 03-1673C
Filed: August 15, 2003

| | |
|---|---|
| PRO-MECH USA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER OF REASSIGNMENT

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, which permits the Chief Judge to reassign any case if necessary for the efficient administration of justice, and reassignments being necessary to create dockets as new judges have joined the court, the Clerk of the Court is directed to reassign the above-captioned case to Judge Susan Braden.

IT IS SO ORDERED.

s/Edward J. Damich
Edward J. Damich
Chief Judge