# In the United States Court of Federal Claims

**No. 03-1673 C**

**PRO-MECH USA, INC.,**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Susan Braden**

Pursuant to Rule 40.1(b) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

s/Brian Bishop

Brian Bishop, Acting Clerk