IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRO-MECH USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1673C |
| v. | ) | (Judge Susan Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Defendant respectfully requests an enlargement of time of 45 days, to and including October 25, 2003, within which to file its response to plaintiff's complaint. Our response is currently due on September 10, 2003. Counsel for the plaintiff has stated that plaintiff will not oppose this motion. This is our first request for an enlargement of time.

The requested enlargement is necessary because defendant's counsel did not timely receive a litigation report or the pertinent records from the agency involved, the Department of Veterans' Affairs (VA), in accordance with 28 U.S.C. § 520. Upon receipt of the complaint in this case, defendant's counsel promptly notified the VA and requested a litigation report; however counsel did not learn the identity of the agency counsel assigned to the case or receive a copy of the case file until Friday, September 5, less than one week before defendant's response is due. As a result, defendant's counsel will need additional time to obtain the contract file from the agency, review the case file, consult with agency counsel, and determine whether to answer plaintiff's complaint or proceed by motion in lieu of an answer.

For the foregoing reasons, we respectfully request that the Court grant our motion for an

enlargement of time of 45 days, to and including November 10, 2003, to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Brian M. Simkin by Deborah A. Bynum
BRIAN M. SIMKIN
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L St. NW
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-1972

September 5, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2003, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kenneth D. Woodrow