ORIGINAL

# In the United States Court of Federal Claims

No. 03-1673C
Filed December 22, 2003

FILED
DEC 2 2 2003
U.S. COURT OF FEDERAL CLAIMS

****************************************
PRO-MECH USA, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

## ORDER

A scheduling conference was held via telephone on December 19, 2003. After discussion with the parties and consideration of the JPSR, the court orders the following schedule:

Trial will occur September 22-23, 2004 in Washington, D.C. at the United States Court of Federal Claims. A final pre-trial conference will be held September 14, 2004 at 1 p.m. at the United States Court of Federal Claims. A Memorandum of Contentions of Fact and Law by Plaintiff and Defendant will be due by July 27, 2004 and August 24, 2004, respectively, as set forth in RCFC Appendix A, ¶ 14.

A post-discovery meeting of counsel, pursuant to RCFC Appendix A, ¶ 13, will occur June 24, 2004. Each party must notify the court on or prior to June 24, 2004, if that party intends to file a dispositive motion prior to trial. Fact discovery will be completed by June 17, 2004.

As proposed by the parties and pursuant to RCFC 33, each party may serve upon the other up to 30 interrogatories, including all discrete subparts. Expert witnesses will be identified by March 15, 2004 and counter-experts shall be identified by March 29, 2004. Expert reports will be exchanged on or before May 19, 2004 and expert discovery, including any depositions, will be completed by June 17, 2004.

Initial disclosures pursuant to RCFC 26(a)(1) will be made by February 2, 2004.

**IT IS SO ORDERED.**

SUSAN G. BRADEN
Judge