**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRO-MECH USA, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1673C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE DEADLINES**

Plaintiff Pro-Mech USA, Inc., moves to continue the Scheduling Order deadlines in this case. Defendant the United States consents to the relief requested in this motion. The grounds for this motion are as follows:

1. On December 22, 2003, this Court entered a Scheduling Order setting forth various deadlines for the completion of pretrial matters.

2. Since then, the parties have entered into serious settlement discussions, with defendant, the United States, considering a settlement offer.

3. The parties agree that further trial preparation at this time would be an inefficient use of the parties' and Court's legal resources.

WHEREFORE, plaintiff Pro-Mech, with the consent of defendant, asks that the following dates set forth in the Scheduling Order be continued as stated, in order to allow defendant adequate time to consider the settlement of this matter:

| Deadline | Current | Continued |
|---|---|---|
| Identification of Experts | March 29, 2004 | Four Weeks |
| Expert reports exchanged | May 19, 2004 | Four Weeks |
| Fact discovery completed | June 17, 2004 | Four Weeks |

| | | |
|---|---|---|
| Plaintiff's memorandum of contentions of fact and law | July 27, 2004 | Four Weeks |
| Defendant's memorandum of contentions of fact and law | August 24, 2004 | Four Weeks |

Respectfully Submitted,

s/ Edward J. Tolchin
EDWARD J. TOLCHIN
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA 22030
(703) 385-9500
(703) 385-9893 (fax)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2004, a copy of the foregoing Plaintiff's Consent Motion to Continue Deadlines was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Edward J. Tolchin
Edward J. Tolchin