# In the United States Court of Federal Claims

No. 03-1673C
Filed: May 20, 2004

| | |
|---|---|
| ************************************** | |
| | * |
| PRO-MECH USA, INC. | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | |

**ORDER**

Upon representation by the parties that discovery has been deferred while specific settlement proposals are under consideration, the court hereby orders that the pre-trial conference and trial dates scheduled for September 14, 2004 and September 22-23, 2004 are postponed.

The parties will submit a joint status report by June 30, 2004. Should settlement fail, the trial dates will be rescheduled.

**IT IS SO ORDERED.**

/s Susan Braden
SUSAN G. BRADEN
Judge