**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRO-MECH USA, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1673C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 20, 2004 Order, the parties submit the following status report. The parties have not settled this matter.

As this Court noted in its May 24, 2004 Order, the parties had deferred discovery while settlement was being considered. Given that this Court has postponed the original late September 2004 trial dates, the parties request that this Court hold a telephone conference to set a schedule for discovery, dispositive motions and a trial as early as possible.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Edward J. Tolchin
EDWARD J. TOLCHIN
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA 22030
(703) 385-9500
(703) 385-9893 (fax)

Attorney for Plaintiff

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300
(202) 307-0972 (fax)

Attorneys for Defendant

June 30, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2004, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt