IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRO-MECH USA, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | No: 03-1673C |
| | : | (Judge Braden) |
| THE UNITED STATES | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF PRO-MECH USA'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT**

Pursuant to Fed. R. Civ. P. 56 (c), plaintiff Pro-Mech USA, Inc., moves for summary judgment against defendant. The grounds for this motion are set forth in the attached Memorandum.

Respectfully Submitted,

s/ Edward J. Tolchin
EDWARD J. TOLCHIN
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA 22030
(703) 385-9500
(703) 385-9893 (fax)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September 2004, a copy of the foregoing Plaintiff's Motion for Summary Judgment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Edward J. Tolchin
Edward J. Tolchin