IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRO-MECH USA, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | No: 03-1673C |
| | : | (Judge Braden) |
| THE UNITED STATES | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of plaintiff's motion for summary judgment, and having considered the arguments relevant thereto, it is this __ day of ____________, 2004,

Ordered that the motion is granted and summary judgment against defendant and in favor of plaintiff is hereby entered.

_________________________________
United States Court of Federal Claims Judge

Copies to Counsel