f. The $52.00 rate is used "to negotiate unscheduled work" pursuant to the contract, not to set the price for it. Nevertheless, Pro-Mech will correct its outstanding invoices to date to bill at the $52.00 rate, and will negotiate future billings.

g. Pro-Mech explained in its proposal that its experience is primarily "based on the experience of being the owners and managers with Cobra Technologies." *See* Proposal at "Organizational Support." Evaluation of such experience as the experience of the contractor is certainly not uncommon *(see Mesa, Inc.*, B-254730, 94-1 CPD 62 (January 10, 1994) ("An agency may properly evaluate the corporate experience of a new business with reference to the experience of its principal officers"), a fact of which you are aware as you indeed acknowledged in awarding the contract.

h. This is not a contractual requirement and VAMC has never requested it before. Nevertheless, this information will be provided to you.

I. While Pro-Mech would prefer using its own schedule, VAMC directed Pro-Mech to use VAMC's schedule. It is either one or the other; Pro-Mech cannot use both. Please advise if you wish Pro-Mech to jettison VAMC's schedule for Pro-Mech's own.

j. The preventative maintenance was complete. The fact that parts are on order does not suggest that preventative maintenance has not been completed. Accordingly, we do not understand your comment.

**Other**

a. We have no idea about what VAMC is complaining with respect to this matter. If you wish to clarify your statement, we will respond.

b. We have no idea about what VAMC is complaining with respect to this matter. If you wish to clarify your statement, we will respond. We note that our copy of the letter is signed, and that VAMC's refusal to respond to this letter is indicative of the communications gap which we would like to fix.

**Reprocurement**

Pro-Mech is committed to performing all work required by the contract. If the work is ordered but is not part of the Contract's fixed price, it will be invoiced. If you order the work from others as opposed to Pro-Mech, Pro-Mech is neither responsible for the cost nor the consequences of any negligence in performing the work.

We further note that some of your contentions make little sense. You state that you are reprocuring work which Pro-Mech performed and for which it billed. While you have complained about the billing, you have never complained that the identified work was insufficient. You also identify certain work as done by others (*e.g.*, 12/13/02 Bldg #9) which was actually done by Pro-Mech, and yet other work which you identify as having been done by

others which you never asked Pro-Mech to perform (*e.g.*, 12/9/03 Bldg.# 2). Consequently, we cannot understand the basis for your reprocurement threat.

* * *

To summarize, there is not a single, specific contract breach which you have identified anywhere in your Show Cause Notice. Moreover, virtually everything you raise in your Notice concerns events which occurred months ago, and for which your right to terminate has long passed. *Devito v. United States*, 413 F.2d 1147 (1969). Simply stated, your Show Cause Notice is completely insufficient as a matter of law.

As noted at the beginning of this letter, Pro-Mech is interested in one thing, and one thing only – to resolve this matter amicably and quickly. If we can do so at the proposed meeting, both parties will be the better off for it. We hope that you agree and will call Martin Hannon at (1-877-909-5500) to arrange the meeting.

Sincerely,

Edward J. Tolchin

cc: Martin Hannon

# Invoice

Pro-Mech USA, Inc.

122 Railroad Drive
Ivyland, PA 18974

| Date | Invoice # |
|---|---|
| 3/17/2003 | MA02-106 |

RECEIVED MAR 20 FISCAL (04)

**Bill To**

FISCAL OFFICE
BOSTON HEALTHCARE SYSTEM
150 SOUTH HUNTINGTON AVENUE
BOSTON, MA 02130

**Ship To**

DEPT. OF VETRANS AFFAIRS
BOSTON HEALTHCARE SYSTEM
150 SOUTH HUNTINGTON AVENUE
BOSTON, MA 02130

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | 1/2% 10-Net 30 | MH | 3/17/2003 | | | Jamaica Plains VA Hospital/M... |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service / Maintena... | Base Year February 15, 2003 to March 15, 2003<br>Lump Sum Price<br>Statement of Work Monthly (2/15/03-3/15/03)<br>Contract Number: V523P-7085 & PO#523C-33011 | 40,740.00 | 40,740.00 |

ORIGINAL

**Total** $40,740.00

EXHIBIT
tabbies
11

PRO-MECH USA INC
Professional Mechanical & Facilities Maintenance Services

March 21, 2003

**VIA FACSIMILE TO 617-264-6521 & U.S. MAIL**
Mr. Norbert J. Cebula
Contracting Officer
Department of Veteran Affairs
VA Boston Healthcare System
Acquisitions & Material Management (90C)
150 South Huntington Avenue
Boston, MA 02130

Re: Claim under Contract No. V523P-7085

Dear Mr. Cebula:

Pro-Mech USA, Inc. hereby submits its claim in the amount of $162,960, plus prompt payment act interest thereon, and requests a final decision with respect to this matter. The outstanding invoices which comprise this claim amount are attached hereto.

The basis for this claim is that Pro-Mech performed as required by the parties' contract and is entitled to payment of $40,740 per month thereunder, but VAMC has failed to pay this or any other amount for the months of December 2002, January 2003, February 2003, and March 2003. VAMC's complaints about Pro-Mech's work, which VAMC first voiced in mid-February 2003, are without merit, as explained in our counsel's letter to you dated March 3, 2003, which is incorporated herein, and VAMC has refused to respond in any timely manner to any of Pro-Mech's attempts to resolve any issue, including failing to respond in a timely manner to our counsel's March 3 correspondence.

Because of the dire financial consequences caused by VAMC's failure to pay or communicate in a timely manner, Pro-Mech may be forced to commence litigation seeking injunctive and related relief against VAMC if VAMC continues to neglect its responsibilities and fails to respond to this claim promptly.

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Sincerely,

Martin Hannon
President

EXHIBIT
tabbies
12

122 Railroad Drive • Ivyland, PA 18974 • Phone 215-953-0161 • Fax 215-953-0261
Outside Pa Toll Free 877-909-5500

1017 Shady Oaks Drive • Suite 100 • Denton, Texas 76205 • Toll Free 877-909-5500 • Fax 940-891-3992
www.promechusa.com

NFPA

Pro-Mech USA, Inc.
122 Railroad Drive
Ivyland, PA 18974

# Invoice

| Date | Invoice # |
|---|---|
| 3/17/2003 | MA02-106 |

**Bill To**

FISCAL OFFICE
BOSTON HEALTHCARE SYSTEM
150 SOUTH HUNTINGTON AVENUE
BOSTON, MA 02130

**Ship To**

DEPT. OF VETRANS AFFAIRS
BOSTON HEALTHCARE SYSTEM
150 SOUTH HUNTINGTON AVENUE
BOSTON, MA 02130

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | 1/2% 10-Net 30 | MH | 3/17/2003 | | | Jamaica Plains VA Hospital/M... |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service / Maintena... | Base Year February 15, 2003 to March 15, 2003<br>Lump Sum Price<br>Statement of Work Monthly (2/15/03-3/15/03)<br>Contract Number: V523P-7085 & PO#523C-33011 | 40,740.00 | 40,740.00 |
| | | | **Total** | $40,740.00 |

Pro-Mech USA, Inc
122 Railroad Drive
Ivyland, PA 18974

# Invoice

| Date | Invoice # |
|---|---|
| 2/3/2003 | MA02-105 |

| Bill To | Ship To |
|---|---|
| FISCAL OFFICE<br>BOSTON HEALTHCARE SYSTEM<br>150 SOUTH HUNTINGTON AVENUE<br>BOSTON, MA 02130 | DEPT. OF VETRANS AFFAIRS<br>BOSTON HEALTHCARE SYSTEM<br>150 SOUTH HUNTINGTON AVENUE<br>BOSTON, MA 02130 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | 1/2% 10-Net 30 | MH | 2/3/2003 | | | Jamaica Plains VA Hospital/M... |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service / Maintena... | Base Year January 15, 2003 to February 15, 2003<br>Lump Sum Price<br>Statement of Work Monthly (1/15/03-2/15/03)<br>Contract Number: V523P-7085 & PO#523C-33011 | 40,740.00 | 40,740.00 |
| | | | **Total** | $40,740.00 |

Pro-Mech USA, Inc.
122 Railroad Drive
Ivyland, PA 18974

# Invoice

| Date | Invoice # |
|---|---|
| 1/16/2003 | MA02-104 |

| Bill To | Ship To |
|---|---|
| FISCAL OFFICE<br>BOSTON HEALTHCARE SYSTEM<br>150 SOUTH HUNTINGTON AVENUE<br>BOSTON, MA 02130 | DEPT. OF VETRANS AFFAIRS<br>BOSTON HEALTHCARE SYSTEM<br>150 SOUTH HUNTINGTON AVENUE<br>BOSTON, MA 02130 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | 1/2% 10-Net 30 | MH | 1/16/2003 | | | Jamaica Plains VA Hospital/M... |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service / Maintena... | Base Year December 15, 2002 to January 15, 2003<br>Lump Sum Price<br>Statement of Work Monthly (12/15/02 - 01/15/03)<br>Contract Number: V523P-7085 & PO#523C-33011 | 40,740.00 | 40,740.00 |

**Total** $40,740.00

Pro-Mech USA, Inc
122 Railroad Drive
Ivyland, PA 18974

# Invoice

| Date | Invoice # |
|---|---|
| 12/15/2002 | MA02-103 |

| Bill To | Ship To |
|---|---|
| FISCAL OFFICE<br>BOSTON HEALTHCARE SYSTEM<br>150 SOUTH HUNTINGTON AVENUE<br>BOSTON, MA 02130 | DEPT. OF VETRANS AFFAIRS<br>BOSTON HEALTHCARE SYSTEM<br>150 SOUTH HUNTINGTON AVENUE<br>BOSTON, MA 02130 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | 1/2% 10-Net 30 | MH | 12/15/2002 | | | Jamaica Plains VA Hospital/M... |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service / Maintena... | Base Year November 15, 2002 to December 15, 2002<br>Lump Sum Price<br>Statement of Work Monthly (11/15/02-12/15/02)<br>Contract Number: V523P-7085 & PO#523C-33011 | 40,740.00 | 40,740.00 |

12/17/02 per Norbert - rec'd faxed invoice

**Total** $40,740.00

PRO-MECH USA INC
Professional Mechanical & Facilities Maintenance Services

March 25, 2003

VIA FACSIMILE to 617-264-6521, U.S. Mail, E-mail - Norbert.Cebula@med.va.gov
Mr. Norbert Cebula
Contracting Officer
Boston Health Care System
150 South Huntington Ave 10th Floor
Boston, MA 02130

Dear Norbert,

Per our conversation on Monday, March 24, 2003 at 3:30 pm EST you are in receipt of the referenced Claim for payment under Contract No. V523P-7085 & have submitted for processing. The claim is in the amount of $162,960. My understanding from the conversation is that this claim is warranted and should have been submitted when the payment on this contract ceased.

I am requesting a status of this claim via email by Friday, March 28, 2003. The email address is mhannon@promechusa.com.

Also in our conversation you agreed to contact me with the name and phone number of your legal representation.

I appreciate your time and cooperation in this matter.

Sincerely,

Kate Hibbert
Director of Operations
PRO-MECH USA, Inc.

CC: E. Tolchin

EXHIBIT 13

PRO-MECH USA INC
Professional Mechanical & Facilities Maintenance Services

April 1, 2003

VIA FACSIMILE to 617-264-6521, U.S. Mail, E-mail - Norbert.Cebula@med.va.gov
Mr. Norbert Cebula
Contracting Officer
Boston Health Care System
150 South Huntington Ave 10th Floor
Boston, MA 02130

Re: Contract #V523P-7085

Dear Norbert,

I am writing to confirm the conversation we had Monday, March 31, 2003 at 10:30am EST in which you retracted the statements you made to me on March 24, 2003. In our March 24, 2003 conversation you stated that the $162, 690.00 would be paid to us immediately. In the conversation we had Monday March 31, 2003 you stated the government will not be paying the $162,960.00. The government is in material breech of agreement and Pro-Mech USA, Inc. is no longer obligated to provide Services under that agreement. Therefore, Pro-Mech USA, Inc. is hereby forced to cancel the agreement due to the government's material breech of agreement.

Sincerely,

Kate Hibbert
Director of Operations
PRO-MECH USA, Inc.

CC: E. Tolchin

EXHIBIT
14

122 Railroad Drive • Ivyland, PA 18974 • Phone 215-953-0161 • Fax 215-953-0261
Outside Pa Toll Free 877-909-5500
NFPA
1017 Shady Oaks Drive • Suite 100 • Denton, Texas 76205 • Toll Free 877-909-5500 • Fax 940-891-3992
www.promechusa.com

DEPARTMENT OF VETERANS AFFAIRS

April 3, 2002

In Reply Refer To:

PRO-MECH USA, Inc.
Attn: Kate Hibbert
122 Railroad Drive
Ivyland, PA 19874

Dear Ms. Hibbert;

Reference is made to contract V523P-7085 to provide HVAC maintenance services at the VA Boston Healthcare System, Jamaica Plain Campus, Boston, MA and your letters dated April 1, 2003.

In one of your letters you indicate that the contracting officer had agreed to release payment in the amount of $162,960.00 in a telephone conversation on March 24, 2003. Nothing could be further from the truth. What was said is that your claim submitted on March 21, 2003 was being immediately reviewed and processed for a response.

Given the failure of PRO-MECH USA, Inc. to comply with the contract and refusal to perform work required under the project all payments have been suspend. In one of your letters you state that the government is in material breech and that PRO-MECH USA, Inc is no longer obligated to provide services under the contract. The government strongly disagrees with this statement and would further assert that it is entirely within it's right to withhold payment for services not performed. The contract doesn't allow you to simply refuse to perform and abandon your contractual responsibilities simply because you disagree with the government's position. You are reminded that the contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C.601-613). Clause 52.233-1, Disputes (Dec 1998) outlines the process to be followed when there is a dispute and further stipulates in paragraph (i) that, "The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal or action arising under the contract, and comply with any decision of the Contracting Officer." Since you have blatantly refused to perform your contractual responsibilities and abandoned the contract further action will be taken to **TERMINATE THE CONTRACT FOR DEFAULT.**

Your request that the government return PRO-MECH USA copy of PM's performed is denied. The copies you reference in fact don't belong to PRO-MECH USA. They are PM Work Order Sheets issued to PRO-MECH by VA to be completed by PRO-MECH and returned to VA. In addition you should have had service reports for each item of work completed as you indicated in your proposal (last paragraph of the Management Plan of PRO-MECH USA Technical Proposal) dated July 26, 2002 in response to the solicitation and as required by the contract on page 8,. Paragraph 3 of the contract.



EXHIBIT 15

Furthermore, you must immediately return to VA Motorola HT1250 Radio, Radio Charger, KEYS and I.D. badges. Failure to do so will result in significant damages for re-keying, and or, referral to VA Police for investigation.

Your prompt attention and action in this matter is required.

Sincerely,

NORBERT J. CEBULA
Contracting Officer

# Invoice

Pro-Mech USA, Inc.

122 Railroad Drive
Ivyland, PA 18974

| Date | Invoice # |
|---|---|
| 4/1/2003 | MA02-107 |

**Bill To**

FISCAL OFFICE
BOSTON HEALTHCARE SYSTEM
150 SOUTH HUNTINGTON AVENUE
BOSTON, MA 02130

**Ship To**

DEPT. OF VETRANS AFFAIRS
BOSTON HEALTHCARE SYSTEM
150 SOUTH HUNTINGTON AVENUE
BOSTON, MA 02130

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | 1/2% 10-Net 30 | MH | 4/1/2003 | | | Jamaica Plains VA Hospital/M... |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service / Maintena... | March 15, 2003 to April 1, 2003<br>Price based on:<br>*Lump Sum Price / 22 Business days in this monthly cycle<br>$40,740./22 Buss days = $1851.81 cost per day<br>*$1851.81 x 12 Business days on site = $22,221.72<br>Contract #V523P-7085 & PO#523C-33011 | 22,221.72 | 22,221.72 |

**Total** $22,221.72

EXHIBIT
tabbies
16