**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRO-MECH USA, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1673C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims the defendant, United States, respectfully requests that the Court enlarge by seven days, from October 18, 2004, to and including October 25, 2004, the due-date for its response to the plaintiff's motion for summary judgment. This is the Government's first request for this purpose. Plaintiff's counsel has indicated that plaintiff opposes this motion.

The grounds for the requested enlargement of time are as follows. Plaintiff Pro-Mech, in its Motion for Summary Judgment, asserted, through an affidavit, that the contracting officer in this action had made various statements with respect to which he was not asked about during his deposition. Plaintiff asserted that the statements in the affidavit were undisputed despite the presence of a prior letter in which the contracting officer denied making such statements. Thus, to respond to plaintiff's allegations, defendant's counsel was required to obtain affidavit evidence from the contracting officer. Due to an absence from work, however, the contracting officer did not sign a declaration disputing the claims of Pro-Mech's affidavit until today, October 15, 2004. Moreover, the Government's response has been submitted for the required internal review, and such review will require more time. Defendant's counsel estimates that, given his obligations in other cases, he will be unable to complete

preparation of defendant's response before October 25, 2004.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court grant our motion for an enlargement of time of seven days, from October 18, 2004 to and including October 25, 2004, within which to file defendant's response to plaintiff's motion for summary judgment.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

October 15, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2004, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt