# Defendant's Exhibit 3

Westlaw.





C

**Effective: October 05, 1999**

United States Code Annotated Currentness
Title 31. Money and Finance (Refs & Annos)
Subtitle III. Financial Management
Chapter 39. Prompt Payment (Refs & Annos)

**→§ 3903. Regulations**

**(a)** The Director of the Office of Management and Budget shall prescribe regulations to carry out section 3902 of this title. The regulations shall--

**(1)** provide that the required payment date is--

**(A)** the date payment is due under the contract for the item of property or service provided; or

**(B)** 30 days after a proper invoice for the amount due is received if a specific payment date is not established by contract;

**(2)** for the acquisition of meat or a meat food product (as defined in section 2(a)(3) of the Packers and Stockyards Act, 1921 (7 U.S.C. 182(3))), including any edible fresh or frozen poultry meat, any perishable poultry meat food product, fresh eggs, and any perishable egg product, or of fresh or frozen fish (as defined in section 204(3) of the Fish and Seafood Promotion Act of 1986 (16 U.S.C. 4003(3)), provide a required payment date of not later than 7 days after the meat, meat food product, or fish is delivered; and

**(3)** for the acquisition of a perishable agricultural commodity (as defined in section 1(4) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499a(4))), provide a required payment date consistent with that Act;

**(4)** for the acquisition of dairy products (as defined in section 111(e) of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4502(e)), the acquisition of edible fats or oils, and the acquisition of food products prepared from edible fats or oils, provide a required payment date of not later than 10 days after the date on which a proper invoice for the amount due has been received by the agency acquiring such dairy products, fats, oils, or food products;

**(5)** require periodic payments, in the case of a property or service contract which does not prohibit periodic payments for partial deliveries or other contract performance during the contract period, upon--

**(A)** submission of an invoice for property delivered or services performed during the contract period, if an invoice is required by the contract; and

**(B)** either--

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

h e c e e h e

**(i)** acceptance of the property or services by an employee of an agency authorized to accept the property or services; or

**(ii)** the making of a determination by such an employee, that the performance covered by the payment conforms to the terms and conditions of the contract;

**(6)** in the case of a construction contract, provide for the payment of interest on--

**(A)** a progress payment (including a monthly percentage-of-completion progress payment or milestone payments for completed phases, increments, or segments of any project) that is approved as payable by the agency pursuant to subsection (b) of this section and remains unpaid for--

**(i)** a period of more than 14 days after receipt of the payment request by the place or person designated by the agency to first receive such requests; or

**(ii)** a longer period, specified in the solicitation, if required to afford the Government a practicable opportunity to adequately inspect the work and to determine the adequacy of the contractor's performance under the contract; and

**(B)** any amounts which the agency has retained pursuant to a prime contract clause providing for retaining a percentage of progress payments otherwise due to a contractor and that are approved for release to the contractor, if such retained amounts are not paid to the contractor by a date specified in the contract or, in the absence of such a specified date, by the 30th day after final acceptance;

**(7)** require that--

**(A)** each invoice be reviewed as soon as practicable after receipt for the purpose of determining that such an invoice is a proper invoice within the meaning of section 3901(a)(3) of this title;

**(B)** any invoice determined not to be such a proper invoice suitable for payment shall be returned as soon as practicable, but not later than 7 days, after receipt, specifying the reasons that the invoice is not a proper invoice; and

**(C)** the number of days available to an agency to make a timely payment of an invoice without incurring an interest penalty shall be reduced by the number of days by which an agency exceeds the requirements of subparagraph (B) of this paragraph;

**(8)** permit an agency to make payment up to 7 days prior to the required payment date, or earlier as determined by the agency to be necessary on a case-by-case basis; and

**(9)** prescribe the methods for computing interest under section 3903(c) of this title.

**(b)(1)** A payment request may not be approved under subsection (a)(6)(A) of this section unless the application for such payment includes--

**(A)** substantiation of the amounts requested; and

**(B)** a certification by the prime contractor, to the best of the contractor's knowledge and belief, that--

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

**(i)** the amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

**(ii)** payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by the certification, in accordance with their subcontract agreements and the requirements of this chapter; and

**(iii)** the application does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of their subcontract.

**(2)** The agency shall return any such payment request which is defective to the contractor within 7 days after receipt, with a statement identifying the defect.

**(c)** A contract for the procurement of subsistence items that is entered into under the prime vendor program of the Defense Logistics Agency may specify for the purposes of section 3902 of this title a single required payment date that is to be applicable to an invoice for subsistence items furnished under the contract when more than one payment due date would otherwise be applicable to the invoice under the regulations prescribed under paragraphs (2), (3),and (4) of subsection (a) or under any other provisions of law. The required payment date specified in the contract shall be consistent with prevailing industry practices for the subsistence items, but may not be more than 10 days after the date of receipt of the invoice or the certified date of receipt of the items. The Director of the Office of Management and Budget shall provide in the regulations under subsection (a) that when a required payment date is so specified for an invoice, no other payment due date applies to the invoice.

**(d)(1)** The contracting officer shall--

**(A)** compute the interest which a contractor shall be obligated to pay under sections 3905(a)(2) and 3905(e)(6) of this title on the basis of the average bond equivalent rates of 91-day Treasury bills auctioned at the most recent auction of such bills prior to the date the contractor received the unearned amount; and

**(B)** deduct the interest amount determined under subparagraph (A) of this paragraph from the next available payment to the contractor.

**(2)** Amounts deducted from payments to contractors under paragraph (1)(B) shall revert to the Treasury.

CREDIT(S)

(Added Pub.L. 97-452, § 1(18)(A), Jan. 12, 1983, 96 Stat. 2476, and amended Pub.L. 100-496, §§ 4-7, 13(a), Oct. 17, 1988, 102 Stat. 2457-2459, 2465; Pub.L. 102-190, Div. A, Title VIII, § 842, Dec. 5, 1991, 105 Stat. 1449; Pub.L. 106-65, Div. A, Title X, § 1009, Oct. 5, 1999, 113 Stat. 738.)

HISTORICAL AND STATUTORY NOTES

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Revision Notes and Legislative Reports

1983 Acts

| Revised Section | Source (U.S. Code) | Source (Statutes at Large) |
|---|---|---|
| 3903 | 31 App.:1801(a)(2) | May 21, 1982, Pub.L. 97-177, § 2(a)(2), 96 Stat. 85. |

In the section, before clause (1), the words "The Director of the Office of Management and Budget shall prescribe regulations to carry out section 3902 of this title" are added because of the restatement. In clause (1)(A), the words "the terms of" are omitted as surplus. In clause (1)(B), the words "of the payment" are omitted as surplus.

1983 Acts. Detailed Explanation prepared by the Office of the Law Revision Counsel, see 1982 U.S. Code Cong. and Adm. News, p. 4301.

1988 Acts. House Report No. 100-784, see 1988 U.S. Code Cong. and Adm. News, p. 3036.

1991 Acts. House Report No. 102-60, House Conference Report No. 102-311, and Statement by President, see 1991 U.S. Code Cong. and Adm. News, p. 918.

1999 Acts. House Conference Report No. 106-301 and Statement by President, see 1999 U.S. Code Cong. and Adm. News, p. 94.

References in Text

Section 2(a)(3) of the Packers and Stockyards Act, 1921, referred to in subsec. (a)(2), is § 2(a)(3) of Act Aug. 15, 1921, c. 64, 42 Stat. 159, which is classified to § 182(3) of Title 7, Agriculture.

Section 204(3) of the Fish and Seafood Promotion Act of 1986, referred to in subsec. (a)(2), is classified to section 4003(3) of Title 16, Conservation.

Section 1(4) of the Perishable Agricultural Commodities Act, 1930, referred to in subsec. (a)(3), is § 1(4) of Act June 10, 1930, c. 436, 46 Stat. 531, which is classified to § 499a(4) of Title 7, Agriculture.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

That Act, referred to in subsec. (a)(3), means the Perishable Agricultural Commodities Act, 1930, Act June 10, 1930, c. 436, 46 Stat. 531, as amended, which is classified generally to chapter 20A (section 499a et seq.) of Title 7, Agriculture. For complete classification of this Act to the Code, see section 499r of Title 7 and Tables.

Section 3903(c) of this title, referred to in subsec. (a)(9), was redesignated section 3903(d) by Pub.L. 106-65, Div. A. Title X, § 1009(1), Oct. 5, 1999, 113 Stat. 738.

Amendments

1999 Amendments. Subsecs. (c), (d). Pub.L. 106-65, § 1009, redesignated former subsec. (c) as subsec. (d), and added a new subsec. (c).

1991 Amendments. Subsec. (a)(2). Pub.L. 102-190, § 842(1), inserted provisions relating to fresh or frozen fish as defined in section 204(3) of the Fish and Seafood Promotion Act of 1986.

Pub.L. 102-190, § 842(2), substituted "meat, meat food product, or fish" for "meat or meat food product".

1988 Amendments. Subsec. (a). Pub.L. 100-496, § 6(1), designated existing provisions as subsec. (a).

Subsec. (a)(2). Pub.L. 100-496, § 13(a), made the payment date requirement applicable to any edible fresh or frozen poultry meat, any perishable poultry meat food product, fresh eggs, and any perishable egg product.

Subsec. (a)(4). Pub.L. 100-496, § 4, substituted provision respecting payments for dairy and certain other products for prior payments provision which read: "provide separate required payment dates for a contract under which property or service is provided in a series of partial executions or deliveries to the extent the contract provides for separate payments for partial execution or delivery;".

Subsec. (a)(5). Pub.L. 100-496, § 5(2), added par. (5). Former par. (5) redesignated par. (7).

Subsec. (a)(6). Pub.L. 100-496, § 6(2), added par. (6).

Subsec. (a)(7). Pub.L. 100-496, §§ 5(1), 7, redesignated par. (5) as (7); and struck out the paragraph which had read: "require that, within 15 days after an invoice is received, the head of an agency notify the business concern of a defect or impropriety in the invoice that would prevent the running of the time period specified in clause (1)(B) of this section."; and added par. (7).

Subsec. (a)(8), (9). Pub.L. 100-496, § 7, added pars. (8) and (9).

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Subsecs. (b), (c). Pub.L. 100-496, § 6(3), added subsecs. (b) and (c).

Effective and Applicability Provisions

1988 Amendments. Amendment by Pub.L. 100-496 applicable to payments under contracts awarded, contracts renewed, and contract options exercised during or after the first quarter which begins more than 90 days after Oct. 17, 1988, see section 14(a) of Pub.L. 100-496 set out as a note under section 3902 of this title.

Implementation Through The Federal Acquisition Regulation

Section 11 of Pub.L. 100-496 provided that:

"**(a)** The Federal Acquisition Regulation shall be modified to provide appropriate solicitation provisions and contract clauses that implement chapter 39 of title 31, United States Code [this chapter], as amended by this Act [see Short Title of 1988 Amendment note under section 3901 of this title] and the regulations prescribed under section 3903 of such title [this section] (as amended).

"**(b)** The solicitation provisions and contract clauses required by subsection (a) of this section shall include (but not be limited to) the following matters:

"**(1)** Authority for a contracting officer to specify for a contract or class of contracts a specific payment period, which--

"**(A)** in the case of payments for commercial items or services, is similar to the payment period or periods permitted in prevailing private industry contracting practices;

"**(B)** in the case of payments for noncommercial items and services, does not exceed 30 days unless the circumstances of the procurement action is determined to require a longer period for payment and such determination is approved above the level of the contracting officer;

"**(C)** in the case of payments for items of property or services in an amount less then the amount specified as a small purchase in section 303(g)(2) of the Federal Property and Administrative Services Act of 1949 (41 U.S.C. 253(g)(2)) [section 253(g)(2) of Title 41, Public Contracts], does not exceed 15 days after the date of receipt of the invoice, if--

"**(i)** the contract provides for such 'fast payment' terms;

"**(ii)** title to any property will vest in the Government upon delivery (including delivery to a common carrier); and

"**(iii)** the business concern offers appropriate warranties to furnish property or services conforming to the requirements of the contract or purchase order, if payment will be due prior to acceptance of the items or services; and

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

"**(D)** in the case of progress payments under construction contracts, does not exceed 14 days, unless the solicitation specifies a longer period which the contracting officer has determined is required to afford the Government a practicable opportunity to adequately inspect the work and to evaluate the adequacy of the contractor's performance under the contract.

"**(2)** Requirements to make periodic payments, in the case of a property or service contract which does not prohibit periodic payments for partial deliveries or other contract performance during the contract period, upon--

"**(A)** submission of an invoice for property delivered or services performed during the contract period, if an invoice is required by the contract; and

"**(B)** either--

"**(i)** acceptance of the property or services by an employee of the contracting agency authorized to accept the property or services; or

"**(ii)** the making of a determination by such an employee, that the performance covered by the payment conforms to the terms and conditions of the contract.

"**(3)** A conclusive presumption, exclusively for the purposes of determining when an agency becomes obligated to pay a late payment interest penalty (other than under construction contracts), that the Federal Government has accepted property or services by the 7th day after the date on which, in accordance with the terms and conditions of the contract, the property is delivered or final performance of the services is completed, unless the solicitation specifies a longer period which is determined by the contracting officer to be required to afford the agency a practicable opportunity to inspect and test the property furnished or evaluate the services performed.

"**(4)** The limitation that the Federal Government may take a discount offered by a contractor for early payment by the Federal Government only in accordance with the time limits specified by the contractor, determined in accordance with the second sentence of section 3904 of title 31, United States Code [section 3904 of this title].

"**(5)** The requirements of section 3902(c) of title 31, United States Code [section 3902(c) of this title].

"**(6)** The requirements of section 3903(a)(6) of title 31, United States Code [subsec. (a)(6) of this section].

"**(7)** The requirements of section 3905 of title 31, United States Code [section 3905 of this title].

"**(c)** The regulations required by subsection (a) of this section shall be published as proposed regulations for public comment as provided in section 22 of the Office of Federal Procurement Policy Act (41 U.S.C. 418b) [section 418b of Title 41, Public Contracts] within 120 days after the date of the enactment of this Act [Oct. 17, 1988]."

Edible Fresh or Frozen Poultry Meat, Perishable Poultry Meat Food Products, Fresh Eggs, and Perishable Egg Products

Pub.L. 100-496, § 13(b), Oct. 17, 1988, 102 Stat. 2465, struck out provision of Pub.L. 98-181, Title II, § 2002, Nov. 30, 1983, 97 Stat. 1297, which provided that the terms "meat" and "meat food products" as used in the Prompt Payment Act (Public Law 97-177; 96 Stat. 85) in section 2(a)(2)(B)(i) thereof [now covered by subsec. (a)(2) of this section] shall include also edible fresh or frozen poultry meat, perishable poultry meat food products, fresh eggs and perishable egg products, now covered in subsec. (a)(2) of this section in view of amendment by

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Pub.L. 100-496, § 13(a).

CROSS REFERENCES

Payment of interest penalties for meat or meat food product or agricultural commodity, see 31 USCA § 3902.

LIBRARY REFERENCES

American Digest System

United States ⚷118.

Key Number System Topic No. 393.

Corpus Juris Secundum

C.J.S. United States §§ 201 to 202.

Forms

Government Contracts, 10A Fed. Proc. Forms L Ed §§ 34:69, 34:74, 34:92.

Texts and Treatises

Government Contracts, 15A Fed. Proc. L Ed § 39:598.

NOTES OF DECISIONS

**Utilities 1**

1. Utilities

This section requires contract payment terms to be given effect as written, even where government's liability for late charges is difficult to avoid because of short payment period designated by public utility service contract. 1984, 63 Op.Comp.Gen. 517.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

31 U.S.C.A. § 3903

31 U.S.C.A. § 3903, **31 USCA § 3903**

Current through P.L. 108-323 (excluding P.L.108-310, 108-311) approved 10-06-04

Copr. © 2004 West, a Thomson business. No Claim to Orig. U.S. Govt. Works

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.