# In the United States Court of Federal Claims

No. 03-1673C
Filed: November 12, 2004

*************************************
*
PRO-MECH USA, INC. *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

A status conference will be conducted, by telephone, on **November 19, 2004, at 10:30 a.m., e.s.t.**

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge