IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRO-MECH USA, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1673C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION AND JOINT MOTION TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Rules of the Court of Federal Claims ("RCFC"), the parties stipulate and request that the Court dismiss the complaint, with prejudice, each party to bear its own costs, attorney fees, and expenses.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Edward J. Tolchin
EDWARD J. TOLCHIN
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA 22030
(703) 385-9500
(703) 385-9893 (fax)

Attorney for Plaintiff

January 25, 2005

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300
(202) 307-0972 (fax)

Attorneys for Defendant

January 25, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2005, a copy of the foregoing STIPULATION AND JOINT MOTION TO DISMISS was field electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt